

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | GABRIEL P. HARVIS<br>Assistant Corporation Counsel<br>Phone: (212) 788-1816<br>Fax: (212) 788-9776<br>gharvis@law.nyc.gov |

May 20, 2010

**BY FAX**
Honorable Victor Marrero
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-21-10
```

Re: <u>Belvett v. City of New York, et al.</u>, 09 Civ. 8090 (VM)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to this matter. For the reasons set forth herein, this office respectfully requests that the Court grant it leave to withdraw as counsel for Assistant Deputy Warden Charlton Lemon.

      Our office recently learned that defendant Lemon is currently being charged with misconduct stemming from the one of the incidents alleged in the complaint. Upon information and belief, an administrative trial will take place, although a date is not yet set. Accordingly, after careful consideration and pursuant to N.Y. General Municipal Law § 50-k, this office has concluded that it is unable to continue its legal representation of defendant Lemon.[1]

---

[1] A letter is being sent to defendant Lemon regarding this matter and suggesting that he seek private counsel.

Accordingly, this office respectfully requests that the Court grant this office leave to withdraw as counsel for defendant Lemon. Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis
Assistant Corporation Counsel

cc: Elizabeth Saylor, Esq. (by fax)

Assistant Deputy Warden Charlton Lemon (by mail)
Shield No. 109
New York City Department of Correction
Robert N. Davoren Center
11-11 Hazan Street
East Elmhurst, New York 11370

> Request GRANTED. The Office of the New York City Corporation Counsel is authorized to withdraw as counsel for defendant Charlton Lemon in this action. Mr. Lemon is directed to inform the Court within 30 days of the date of this Order whether he
> **SO ORDERED.** contemplates proceeding in this matter through private counsel or pro se.
>
> 5-20-10
> DATE        VICTOR MARRERO, U.S.D.J.